154 A.3d 687

CHRISTOPHER MOUNT, APPELLANT-PETITIONER, v. BOARD
OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT
SYSTEM, RESPONDENT-RESPONDENT.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001907-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted.